WATER COMMISSIONERS OF THE CITY OF BINGHAMTON,
Appellants, v. THE CITY OF BINGHAMTON et al.,
Respondents.

*Water Comrs. City of Binghamton* v. *City of Binghamton*, 173
App. Div. 327, affirmed.
　(Argued October 10, 1916; decided October 24, 1916.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered May 15, 1916, which reversed an
order of Special Term overruling a demurrer to the com-
plaint and sustained such demurrer. The question to be
determined was whether chapter 780 of the Laws of 1867
creating a board of water commissioners in the city of
Binghamton was repealed by the provisions of the Second
Class Cities Law (L. 1909, ch. 55) when the city of
Binghamton became subject to the operation of that
law.

The following question was certified: " Does the com-
plaint herein state facts sufficient to constitute a cause
of action ? "

*George B. Curtiss* for appellants.

*Maurice E. Page* for respondents.

Order affirmed, without costs, and question certified
answered in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

JOSEPHINE M. FAIRCHILD, Appellant, v. SCARSDALE
ESTATES, Respondent, Impleaded with Others.

*Fairchild* v. *Scarsdale Estates*, 173 App. Div. 979, appeal
dismissed.
　(Argued October 10, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered